PETER STAITI and Another v. LAWRENCE LAUDISI.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed so that the appeal can be argued on or before November 7, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of COLUMBIA HAT MANUFACTURING COMPANY, INC., for an Order Vacating, Modifying or Correcting a Certain Award in an Arbitration Proceeding between FREDERICK W. LINCOLN and Others and COLUMBIA HAT MANUFACTURING COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before October 23, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB KRAMER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CLINTON TRADING CORPORATION v. J. S. & O. REALTY CO., INC., and Others. (FRANCIS A. KELLY and Another, PHILIDOR REALTY & MORTGAGE CO., INC., and Another.)— Motion granted, on condition that the appellants procure the record on appeal and the appellants' points to be served and filed so that the appeal can be argued or submitted on the 19th day of October, 1928; if said appeal be not argued or submitted on said date, then said motion is denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM GATNER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HINCK.— Preference granted for December 13, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HINCK.— Motion granted, and the time in which to argue appeal extended to December 13, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of GEORGE MEILER, Appellant.— Motion granted, and the time within which appeals may be brought on for argument extended to October 10, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ABRAHAM FOGEL, Appellant, v. CENTRAL OF GEORGIA RAILWAY COMPANY, Respondent. MANHATTAN MACHINERY EXCHANGE, INC., Appellant; A. E. GILROY, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL WEINSTEIN, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Sued as the CONSOLIDATED GAS CO., INC., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.